| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Jeremy Ferguson | Telephone: (313) 393-3793 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Eduardo GOMEZ AGUILAR | Case: 2:25−mj−30482<br>Assigned To : Unassigned<br>Assign. Date : 7/29/2025<br>Description: RE: EDUARDO GOMEZ AGUILAR (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 26-27, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |
| 18 U.S.C. 1028(a)(4) | Possession of fraudulent identification documents |
| 18 U.S.C. 1546(a) | Fraud and Misuse of Visa, Permit, or Other Document |

This criminal complaint is based on these facts:

On or about July 26, 2025, in the Eastern District of Michigan, Southern Division, Eduardo GOMEZ AGUILAR, an alien from Mexico who was previously removed from the United States on or about July 10, 2024, was thereafter found in the United States at or near Detroit, Michigan, without having first obtained the express consent or permission of the Attorney General or the Secretary for DHS to reapply for admission, in violation of 8 U.S.C. Section 1326(a). On or about July 27, 2025, GOMEZ AGUILAR did knowingly possess false identification documents with the intent that they be used to defraud the United States, in violation of 18 U.S.C. 1028(a)(4), and did also knowingly posssess documents prescribed by statute or regulation as evidence of authorized employment in the United States, which he knew to be counterfeited, forged, altered, or falsely made, in violation of 18 U.S.C. Section 1546(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Ferguson, Enforcement Officer - CBP
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 29, 2025

_____
Judge's signature

City and state: Detroit, MI

Hon. David R. Grand,  U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Jeremy J. Ferguson, declare the following under penalty of perjury:

1. I am an Enforcement Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with the same for over twenty-one years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received extensive training in this area.

2. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include CBP Enforcement Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to GOMEZ AGUILAR. I have not included every fact known to law enforcement related to this investigation.

3. GOMEZ AGUILAR is a thirty-six-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

4. On or about July 10, 2024, United States Border Patrol (USBP) agents arrested GOMEZ AGUILAR at or near Douglas, Arizona after he was found to be present in the United States without having been inspected and admitted or paroled by an immigration officer. USBP served GOMEZ AGUILAR with a Form I-860, Notice of Expedited Removal, and removed him to Mexico the same day.

5. In the evening of July 26, 2025, CBP Officers encountered GOMEZ AGUILAR at the Ambassador Bridge in Detroit, Michigan after he and his four co-travelers entered the international bridge plaza from Detroit by mistake. The driver of the vehicle stated that all occupants were construction workers looking for work in Detroit when they got lost. The vehicle and occupants were escorted to the secondary inspection area for immigration status checks.

6. During an interview in the secondary inspection area, GOMEZ AGUILAR stated that he had no intention to go to Canada and was in Detroit looking for work with his friends.  He stated he was removed from the United States on July 10, 2024 in Arizona and then illegally re-entered the United States

without inspection the next day somewhere in Arizona. He claimed he was never admitted or paroled into the United States.

7. While searching GOMEZ AGUILAR's property, Officers found and seized the following fraudulent documents in his wallet and his backpack:
    a. A Nebraska Identification Card;
    b. United States Social Security Card XXX-XX-0875;
    c. A Wisconsin Identification Card;
    d. United States Social Security Card XXX-XX-2046.

8. On July 28, 2025, the Social Security numbers were verified through Social Security Administration's Office of Inspector General which revealed that the SSN ending in 0875 is a validly issued number but is not assigned to the name listed on the card in GOMEZ AGUILAR's possession. The SSN ending in 2046 is also a validly issued number but is not assigned to the name listed on the card in GOMEZ AGUILAR's possession.

9. Officers also queried the information on the state identification documents in GOMEZ AGUILAR's possession. The results revealed that the Nebraska state identification card contained a fraudulent name and date of birth, bearing GOMEZ AGUILAR's photograph. The Wisconsin identification card, bearing GOMEZ AGUILAR's photograph, contained the real name and date of birth of a different individual.

10. GOMEZ AGUILAR's fingerprints and photograph were captured and searched in the law enforcement and immigration databases. The fingerprints returned with a positive match for Eduardo GOMEZ AGUILAR, a native and citizen of Mexico who had previously been removed from the United States.

11. A review of GOMEZ AGUILAR's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that GOMEZ AGUILAR did not obtain the express permission or consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on July 10, 2024.

12. On July 27, 2025, CBP Officers detained GOMEZ AGUILAR and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

13. The arrest and subsequent detention of GOMEZ AGUILAR was an administrative, non-criminal action made pursuant to the authority found in

sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. Based on the above information, I believe there is probable cause to conclude that Eduardo GOMEZ AGUILAR is an alien who has previously been removed from the United States on or about July 10, 2024, at or near Douglas, Arizona and was thereafter found in the United States on or about July 26, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

15. There is also probable cause to believe that Eduardo GOMEZ AGUILAR did knowingly possess false identification documents, that being two state-issued identification cards, with the intent that they be used to defraud the United States, all in violation of Title 18, United States Code, Section 1028(a)(4).

16. There is also probable cause to believe that Eduardo GOMEZ AGUILAR did knowingly possess documents prescribed by statute or regulation as evidence of authorized employment in the United States, that is two fraudulent social security cards, which the defendant knew to be counterfeited, altered, forged, or falsely made, all in violation of Title 18, United States Code, Section 1546(a).

_____
Jeremy J. Ferguson, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date: July 29, 2025